# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2021

October 20, 2021

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312

        Re:    Norris v. Cynthia Rowley, Inc., et al.
               Case 1:21-cv-06288-AT

Dear Judge Torres:

    The undersigned represents the Plaintiff in the above-captioned matter.

    The Case Management Plan and Scheduling Order and Joint Status Letter is currently due on October 22, 2021. As stated in the previous motion to the Court, Tenant Defendant **Cynthia Rowley, Inc.** was not located by the Division of Corporation of the Department of State, as an active corporation linked with an address for service of process. Tenant Defendant, therefore, was sent to be served in-person by a private process server to a headquarter address.

    At present, the undersigned is awaiting a response to the Summons and Complaint from the Tenant Defendant. As such, in order to afford additional time for the Tenant Defendant to formally appear, the undersigned hereby respectfully requests an adjournment of the due date for the filing of the Case Management Plan and Scheduling Order and Joint Status Letter of the parties for at least 30 days, or until such time deemed appropriate and date most convenient to this Honorable Court.

    GRANTED. By **November 24, 2021**, the parties shall submit their proposed case management plan and joint letter.

    SO ORDERED.

    Dated: October 22, 2021
           New York, New York

_____
ANALISA TORRES
United States District Judge